UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
--------------------------------------------------------------X
JAMES LANG,

                              Plaintiff,

v.

                                          ORDER

CITY OF MOUNT VERNON, et al.,

                                        19-cv-6959 (PMH)

                              Defendants.
--------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

SO-ORDERED.

Dated: New York, New York
       July 8, 2020

                                                                          _____
                                                                          Philip M. Halpern
                                                                          United States District Judge